IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
|    EDURADO VILLEGAS, | ) | Case No.  08-11657-SAH |
|    AMY DAWN VILLEGAS, | ) | |
| | ) | Ch. 7 |
|    Debtor(s). | ) | |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, LYLE R. NELSON, Trustee, of the above-captioned bankruptcy matter, pursuant to Rule 3011 Fed. R. Bankr. P. and reports to the Court Clerk that the check for the referenced creditor was returned for reason unable to forward address, therefore the following are dividends in an amount over $5.00 and should be treated in the same manner as unclaimed funds.

| **CLAIMANT** | **AMOUNT** |
|---|---|
| Claim No. 11<br>Traci Lynn Villegas<br>6488 County Road 15<br>Shamrock, TX 79079-4127 | $1,267.52 |
| Total | $1,267.52 |

The check made payable to the U.S. Bankruptcy Court in the total amount of $1,267.52, will be deposited with the clerk into unclaimed funds.

DATE: March 30, 2011                              s/ Lyle Nelson
                                                               Lyle R. Nelson, OBA#10914
                                                               Two Leadership Square
                                                               211 N. Robinson, Suite 1300
                                                               Oklahoma City, OK  73102
                                                               (405) 232-4021 Phone/(405) 232-3746 Fax
                                                               TRUSTEE

CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of March, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was electronically served upon the following using the Court's CM/ECF system:

U.S. Trustee
Attorney Deborah L. Brooks
Attorney Jennifer H. Kirkpatrick

      Further, I certify that on the 30th day of March, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

Creditor
Traci Lynn Villegas
6488 County Road 15
Shamrock, TX 79079-4127

                                                   s/ Lyle Nelson
                                                   Lyle R. Nelson