

**Dated: August 03, 2011 12:29:33**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | Eduardo Villegas ) | |
| | Amy Dawn Villegas ) | Case Number: 08-11657-SAH |
| | ) | Chapter: 7 |
| | Debtor ) | |

### ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

   Before the Court is the application of Traci Lynn Villegas (hereinafter designated as "Claimant"), a claimant and creditor in the above-captioned case, for an order directing payment of funds held in the registry of the Court. Claimant's agent represents the Claimant has noticed the United States Attorney as required by 28 U.S.C. §§ 2041 et seq. Accordingly, the Court directs that all funds held in the registry of the Court or paid in pursuant to 11 U.S.C.§ 347 for the benefit of and awaiting the request of Claimant, in the approximate amount of $1,267.52, be paid to Claimant, in care of Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027.

                                                ###

Approved for Entry:

s/ Don Dage
Dated:  8/2/11